Exhibit 1

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**  Reg. No. 1,984,501
Registered July 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING AND HEADWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, JACKETS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

SN 74-485,534, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,771,516** OAKLEY, INC. (WASHINGTON CORPORATION)
Registered Apr. 6, 2010 ONE ICON
FOOTHILL RANCH, CA 92610

**Int. Cl.: 35** FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL STORE SERVICES FEATURING EYEWEAR, REPLACEMENT LENSES, EYEWEAR NOSEPIECE KITS, CLOTHING, HEADWEAR, FOOTWEAR, WATCHES, DECALS, ELECTRONICS DEVICES, POSTERS, ATHLETIC
**SERVICE MARK** BAGS, HANDBAGS, BACKPACKS AND LUGGAGE, IN CLASS 35 (U.S. CLS. 100, 101 AND
**PRINCIPAL REGISTER** 102).

FIRST USE 6-1-1998; IN COMMERCE 6-1-1998.

OWNER OF U.S. REG. NOS. 1,984,501, 3,098,281 AND OTHERS.

THE MARK CONSISTS OF AN ELLIPSOID "O".

SER. NO. 77-839,643, FILED 10-1-2009.

JENNY PARK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,151,994
Registered Oct. 3, 2006

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

   FOR: PROTECTIVE EYEWEAR, NAMELY SPECTACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 4-13-2005; IN COMMERCE 4-13-2005.

   SN 78-529,335, FILED 12-8-2004.

   REBECCA SMITH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,522,692
Registered Jan. 31, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: CLOTHING, NAMELY, SHIRTS AND HATS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 7-0-1980; IN COMMERCE 7-0-1980.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SEC. 2(F).

SER. NO. 684,372, FILED 9-15-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,293,046

**United States Patent and Trademark Office** Registered Nov. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, HEADWEAR AND FOOTWEAR AND FOOTWEAR, NAMELY, SPORT SHIRTS, JERSEYS, SHIRTS, JACKETS, VESTS, SWEATSHIRTS, PULLOVERS, COATS, SKI PANTS, HEADWEAR, CAPS, SHOES, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 1,356,297, 1,522,692, AND 1,980,039.

SEC. 2(F).

SN 75-154,056, FILED 8-22-1996.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,293,046

United States Patent and Trademark Office    Registered Nov. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, HEADWEAR AND FOOTWEAR AND FOOTWEAR, NAMELY, SPORT SHIRTS, JERSEYS, SHIRTS, JACKETS, VESTS, SWEATSHIRTS, PULLOVERS, COATS, SKI PANTS, HEADWEAR, CAPS, SHOES, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 1,356,297, 1,522,692, AND 1,980,039.

SEC. 2(F).

SN 75-154,056, FILED 8-22-1996.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,698,855
Registered Mar. 18, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### FACTORY PILOT

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SPORT SHIRTS, JERSEYS, SKIWEAR, SHORTS, PANTS, SWEAT PANTS, COATS, VESTS, JACKETS, SWIMWEAR, HATS, VISORS, CAPS, GLOVES, CLOTHING BELTS, SOCKS, SANDALS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-13-2002; IN COMMERCE 2-13-2002.

OWNER OF U.S. REG. NOS. 1,252,846 AND 1,487,471.

SN 78-090,878, FILED 10-30-2001.

CHARLES JOYNER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,740,800
Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## FACTORY PILOT

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: SPORTING GOODS, NAMELY MOUNTAIN BIKE GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-4-2002; IN COMMERCE 3-4-2002.

OWNER OF U.S. REG. NOS. 1,252,846 AND 1,487,471.

SN 78-090,879, FILED 10-30-2001.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**

Reg. No. 3,331,124
Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY SPECTACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES; AND PROTECTIVE CLOTHING, NAMELY, RACING PANTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS, BEACHWEAR, BLOUSES, SPORTS SHIRTS, JERSEYS, SWIMWEAR, SWIMTRUNKS, SHORTS, UNDERWEAR, SHIRTS, PANTS, SKI AND SNOWBOARD PANTS AND JACKETS, JEANS, VESTS, JACKETS, WETSUITS, SWEATERS, PULLOVERS, COATS, SWEATPANTS, HEADWEAR, NAMELY, HATS, CAPS, VISORS AND FOOTWEAR, NAMELY WETSUIT BOOTIES, SHOES, SANDALS, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR, THONGS AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

SN 78-649,252, FILED 6-13-2005.

RAY THOMAS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,109,790**  
**Registered Dec. 27, 2016**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Oakley, Inc. (WASHINGTON CORPORATION)  
One Icon  
Foothill Ranch, CA 92610

CLASS 25: Gloves

FIRST USE 2-1-2005; IN COMMERCE 2-1-2005

The mark consists of an ellipse.

OWNER OF U.S. REG. NO. 2207455, 1984501, 1927106

SER. NO. 87-049,490, FILED 05-25-2016  
NATALIE LANGF KENEALY, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.