Exhibit 2

US00D725696S

(12) **United States Design Patent**   (10) Patent No.: **US D725,696 S**

Garfias   (45) Date of Patent: ** **Mar. 31, 2015**

(54) **EYEGLASS COMPONENTS**

(71) Applicant: **Oakley, Inc.**, Foothill Ranch, CA (US)

(72) Inventor: **Nicolas Adolfo Garfias**, Long Beach, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/494,752**

(22) Filed: **Jun. 24, 2014**

(51) LOC (10) Cl. ................................................ **14-03**
(52) U.S. Cl.
   USPC ........................................ **D16/335**; D16/321
(58) **Field of Classification Search**
   CPC ............................... G02C 2200/08;  G02C 1/06
   USPC ............. D16/101, 300–342; 351/41, 44, 158;
                         D10/15, 26; 446/484, 175, 356;
                                          D6/477, 479, 300
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D184,274 | S | 1/1959 | Darr |
| D190,884 | S | 7/1961 | Rose |
| 3,665,122 | A | 5/1972 | Weiss |
| D285,020 | S | 8/1986 | Schmidthaler |
| 4,856,086 | A | 8/1989 | McCullough |
| 4,882,769 | A | 11/1989 | Gallimore |
| 5,159,639 | A | 10/1992 | Shannon et al. |
| D380,766 | S | 7/1997 | Simioni |
| D387,084 | S | 12/1997 | Bolle' |
| D390,863 | S | 2/1998 | Bennell |
| D398,021 | S | 9/1998 | Bolle |
| D398,326 | S | 9/1998 | Jannard et al. |
| 5,867,841 | A | 2/1999 | Chiang |
| D407,428 | S | 3/1999 | Jannard et al. |
| D408,049 | S | 4/1999 | Jannard et al. |
| D415,188 | S | 10/1999 | Thixton et al. |
| D418,153 | S | 12/1999 | Haney |
| D420,035 | S | 2/2000 | Hartman |
| D435,857 | S | 1/2001 | Yang |
| 6,233,342 | B1 | 5/2001 | Fernandez |
| D478,927 | S | 8/2003 | Teng |
| D484,173 | S | 12/2003 | Jannard et al. |
| D485,569 | S | 1/2004 | Hsu |
| D489,394 | S | 5/2004 | Teng |
| D514,613 | S | 2/2006 | Jannard et al. |
| D519,148 | S | 4/2006 | Wu |
| D523,461 | S | 6/2006 | Jannard et al. |
| D524,354 | S | 7/2006 | Yang |
| 7,147,324 | B2 | 12/2006 | Jannard et al. |
| 7,150,526 | B2 | 12/2006 | Jannard et al. |
| D534,573 | S | 1/2007 | Mage |
| D536,026 | S | 1/2007 | Bruck |
| D539,833 | S | 4/2007 | Chuang |
| D544,014 | S | 6/2007 | Fuchs |
| D545,344 | S | 6/2007 | Yang |
| D545,345 | S | 6/2007 | Moritz et al. |
| D545,868 | S | 7/2007 | Chuang |
| D546,866 | S | 7/2007 | Yang |

(Continued)

*Primary Examiner* — Raphael Barkai

(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **CLAIM**

The ornamental design for eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of eyeglass components showing an embodiment of the new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side elevational view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines in the Figures show portions of the eyeglass which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**US D725,696 S**

Page 2

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D548,269 | S | 8/2007 | Baden et al. | |
| D548,767 | S | 8/2007 | Jannard et al. | |
| D553,173 | S | 10/2007 | Baden et al. | |
| D553,176 | S | 10/2007 | Yee et al. | |
| D555,705 | S | 11/2007 | Chuang | |
| D556,818 | S | 12/2007 | Jannard et al. | |
| D557,326 | S | 12/2007 | Jannard et al. | |
| D558,816 | S | 1/2008 | Yee | |
| D561,809 | S | 2/2008 | Yee | |
| D561,816 | S | 2/2008 | Jannard et al. | |
| D564,568 | S | 3/2008 | Moritz | |
| D564,572 | S | 3/2008 | Yee et al. | |
| D569,412 | S | 5/2008 | Jannard et al. | |
| D572,745 | S | 7/2008 | Moritz | |
| D572,749 | S | 7/2008 | Yee | |
| D573,172 | S | 7/2008 | Baden et al. | |
| D575,323 | S | 8/2008 | Jannard et al. | |
| D581,444 | S | 11/2008 | Jannard et al. | |
| D582,957 | S | 12/2008 | Moritz | |
| D583,404 | S | 12/2008 | Baden | |
| D585,475 | S | 1/2009 | Yang | |
| D595,333 | S | 6/2009 | Markovitz et al. | |
| D595,334 | S | * 6/2009 | Gonzalez | D16/329 |

| | | | | |
|---|---|---|---|---|
| D600,269 | S | 9/2009 | Masui | |
| D601,613 | S | 10/2009 | Yee | |
| D604,756 | S | 11/2009 | Shin et al. | |
| D610,603 | S | 2/2010 | Thixton | |
| D614,226 | S | * 4/2010 | Fulton et al. | D16/314 |
| D615,580 | S | 5/2010 | Baden et al. | |
| D616,485 | S | 5/2010 | Thixton | |
| D616,488 | S | * 5/2010 | Gonzalez | D16/335 |
| D616,920 | S | * 6/2010 | Thixton | D16/335 |
| D622,303 | S | 8/2010 | Thixton | |
| D629,830 | S | 12/2010 | Markovitz et al. | |
| D636,010 | S | 4/2011 | Moritz | |
| D648,771 | S | 11/2011 | Rohrbach | |
| D649,579 | S | 11/2011 | Thixton | |
| D652,442 | S | 1/2012 | Yee et al. | |
| D653,697 | S | 2/2012 | Taylor et al. | |
| D659,179 | S | 5/2012 | Thixton | |
| D659,180 | S | 5/2012 | Moritz | |
| D683,786 | S | * 6/2013 | Miera | D16/315 |
| D695,336 | S | * 12/2013 | Wang Lee | D16/335 |
| D697,547 | S | * 1/2014 | Miera | D16/315 |
| D700,931 | S | * 3/2014 | Miera | D16/315 |
| D707,284 | S | * 6/2014 | Yoo | D16/335 |
| D710,430 | S | * 8/2014 | Votel et al. | D16/326 |
| 2005/0128431 | A1 | 6/2005 | Jannard et al. | |
| 2013/0271723 | A1 | 10/2013 | Calilung et al. | |

\* cited by examiner

Case: 1:23-cv-03834 Document #: 1-2 Filed: 06/16/23 Page 4 of 23 PageID #:39



FIG. 1



FIG. 2



FIG. 3

Case: 1:23-cv-03834 Document #: 1-2 Filed: 06/16/23 Page 6 of 23 PageID #:41



**FIG. 4**

**U.S. Patent**　　　Mar. 31, 2015　　　Sheet 4 of 5　　　US D725,696 S



FIG. 5

**U.S. Patent**     Mar. 31, 2015     Sheet 5 of 5     US D725,696 S



FIG. 6

US00D725695S

(12) **United States Design Patent**
Garfias

(10) Patent No.: **US D725,695 S**
(45) Date of Patent: ** **Mar. 31, 2015**

(54) **EYEGLASS COMPONENT**

(71) Applicant: **Oakley, Inc.,** Foothill Ranch, CA (US)

(72) Inventor: **Nicolas Adolfo Garfias,** Long Beach, CA (US)

(73) Assignee: **Oakley, Inc.,** Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/494,754**

(22) Filed: **Jun. 24, 2014**

(51) LOC (10) Cl. ................................................ **14-03**

(52) **U.S. Cl.**
USPC ........................................ **D16/313**; D16/321

(58) **Field of Classification Search**
CPC .............................. G02C 2200/08; G02C 1/06
USPC ........ D14/125–134, 239, 371, 136, 374–377,
D14/440, 450, 448, 336, 342, 159, 372;
312/7.2; D16/101, 300–342; 351/41,
351/44, 158; D10/15, 26; 446/484, 175,
446/356; D6/477, 479, 300
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D184,274 S | 1/1959 | Darr | |
| D190,884 S | 7/1961 | Rose | |
| 3,665,122 A | 5/1972 | Weiss | |
| D285,020 S * | 8/1986 | Schmidthaler | D16/313 |
| 4,856,086 A | 8/1989 | McCullough | |
| 4,882,769 A | 11/1989 | Gallimore | |
| D323,515 S * | 1/1992 | Arbez | D16/313 |
| 5,159,639 A | 10/1992 | Shannon et al. | |
| D374,883 S * | 10/1996 | Luzlbauer | D16/321 |
| D380,766 S | 7/1997 | Simioni | |
| D387,084 S | 12/1997 | Bolle' | |
| D390,863 S | 2/1998 | Bennell | |
| D398,021 S | 9/1998 | Bolle | |
| D398,326 S | 9/1998 | Jannard et al. | |

| | | | |
|---|---|---|---|
| 5,867,841 A | 2/1999 | Chiang | |
| D407,428 S | 3/1999 | Jannard et al. | |
| D408,049 S | 4/1999 | Jannard et al. | |
| D415,188 S | 10/1999 | Thixton et al. | |
| D418,153 S | 12/1999 | Haney | |
| D420,035 S | 2/2000 | Hartman | |
| D435,857 S | 1/2001 | Yang | |
| 6,233,342 B1 | 5/2001 | Fernandez | |
| D457,550 S * | 5/2002 | Wilson | D16/312 |
| D478,927 S | 8/2003 | Teng | |
| D484,173 S | 12/2003 | Jannard et al. | |
| D485,569 S | 1/2004 | Hsu | |
| D489,394 S | 5/2004 | Teng | |
| D514,613 S | 2/2006 | Jannard et al. | |
| D519,148 S | 4/2006 | Wu | |
| D523,461 S | 6/2006 | Jannard et al. | |
| D524,354 S | 7/2006 | Yang | |
| 7,147,324 B2 | 12/2006 | Jannard et al. | |
| 7,150,526 B2 | 12/2006 | Jannard et al. | |
| D534,573 S | 1/2007 | Mage | |
| D536,026 S | 1/2007 | Bruck | |

(Continued)

*Primary Examiner* — Raphael Barkai
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **CLAIM**
The ornamental design for an eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass component showing an embodiment of the new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side elevational view being a minor image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines in the Figures show portions of the eyeglass which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**US D725,695 S**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D539,833 S | | 4/2007 | Chuang | |
| D542,328 S | * | 5/2007 | Hsu .......................... | D16/313 |
| D544,014 S | | 6/2007 | Fuchs | |
| D545,344 S | | 6/2007 | Yang | |
| D545,345 S | | 6/2007 | Moritz et al. | |
| D545,868 S | | 7/2007 | Chuang | |
| D546,866 S | | 7/2007 | Yang | |
| D548,269 S | | 8/2007 | Baden et al. | |
| D548,767 S | | 8/2007 | Jannard et al. | |
| D553,173 S | | 10/2007 | Baden et al. | |
| D553,176 S | | 10/2007 | Yee et al. | |
| D555,705 S | | 11/2007 | Chuang | |
| D556,818 S | | 12/2007 | Jannard et al. | |
| D557,326 S | | 12/2007 | Jannard et al. | |
| D558,816 S | | 1/2008 | Yee | |
| D561,809 S | | 2/2008 | Yee | |
| D561,816 S | | 2/2008 | Jannard et al. | |
| D564,568 S | | 3/2008 | Moritz | |
| D564,572 S | | 3/2008 | Yee et al. | |
| D569,412 S | | 5/2008 | Jannard et al. | |
| D572,745 S | | 7/2008 | Moritz | |
| D572,749 S | | 7/2008 | Yee | |
| D573,172 S | | 7/2008 | Baden et al. | |
| D575,323 S | | 8/2008 | Jannard et al. | |
| D581,444 S | | 11/2008 | Jannard et al. | |
| D582,957 S | | 12/2008 | Moritz | |
| D583,404 S | | 12/2008 | Baden | |
| D584,758 S | * | 1/2009 | Mage .......................... | D16/313 |
| D585,475 S | | 1/2009 | Yang | |
| D595,333 S | | 6/2009 | Markovitz et al. | |
| D600,269 S | | 9/2009 | Masui | |
| D601,613 S | | 10/2009 | Yee | |
| D604,756 S | | 11/2009 | Shin et al. | |
| D610,603 S | | 2/2010 | Thixton | |
| D615,580 S | | 5/2010 | Baden et al. | |
| D616,485 S | | 5/2010 | Thixton | |
| D622,303 S | | 8/2010 | Thixton | |
| D629,830 S | | 12/2010 | Markovitz et al. | |
| D636,010 S | | 4/2011 | Moritz | |
| D648,771 S | | 11/2011 | Rohrbach | |
| D649,579 S | | 11/2011 | Thixton | |
| D652,442 S | | 1/2012 | Yee et al. | |
| D653,697 S | | 2/2012 | Taylor et al. | |
| D659,179 S | | 5/2012 | Thixton | |
| D659,180 S | | 5/2012 | Moritz | |
| D680,576 S | * | 4/2013 | Chen .......................... | D16/312 |
| 2005/0128431 A1 | | 6/2005 | Jannard et al. | |
| 2013/0271723 A1 | | 10/2013 | Calilung et al. | |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : D725,695 S                                                  Page 1 of 1
APPLICATION NO.   : 29/494754
DATED                : March 31, 2015
INVENTOR(S)        : Nicolas Adolfo Garfias

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

ON THE TITLE PAGE

Page 1 (item 57, Description) at line 9, Change "minor" to --mirror--.

Signed and Sealed this
Fifth Day of January, 2016

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*



US00D719209S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D719,209 S**

Garfias                                   (45) **Date of Patent:**  **∗∗  Dec. 9, 2014**

(54) **EYEGLASS**

(71) Applicant: **Oakley, Inc.**, Foothill Ranch, CA (US)

(72) Inventor: **Nicolas Adolfo Garfias**, Long Beach, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/494,756**

(22) Filed: **Jun. 24, 2014**

(51) **LOC (10) Cl.** ................................................ **14-03**

(52) **U.S. Cl.**
USPC ......................................... **D16/313**; D16/321

(58) **Field of Classification Search**
CPC ............................. G02C 2200/08; G02C 1/06
USPC ........ D14/125–134, 239, 371, 136, 374–377,
D14/440, 450, 448, 336, 342, 159, 372;
312/7.2; D16/101, 300–342; 351/41,
351/44, 158; D10/15, 26; 446/484, 175,
446/356; D6/477, 479, 300
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D184,274 S | 1/1959 | Darr | |
| D190,884 S | 7/1961 | Rose | |
| 3,665,122 A | 5/1972 | Weiss | |
| D285,020 S | * 8/1986 | Schmidthaler | ............... D16/313 |
| 4,856,086 A | 8/1989 | McCullough | |
| 4,882,769 A | 11/1989 | Gallimore | |
| D323,515 S | * 1/1992 | Arbez | ......................... D16/313 |
| 5,159,639 A | 11/1992 | Shannon et al. | |
| D374,883 S | * 10/1996 | Luzlbauer | ................... D16/321 |
| D380,766 S | 7/1997 | Simioni | |
| D387,084 S | 12/1997 | Bolle' | |
| D390,863 S | 2/1998 | Bennell | |
| D398,021 S | 9/1998 | Bolle | |

| | | | |
|---|---|---|---|
| D398,326 S | 9/1998 | Jannard et al. | |
| 5,867,841 A | 2/1999 | Chiang | |
| D407,428 S | 3/1999 | Jannard et al. | |
| D408,049 S | 4/1999 | Jannard et al. | |
| D415,188 S | 10/1999 | Thixton et al. | |
| D418,153 S | 12/1999 | Haney | |
| D420,035 S | 2/2000 | Hartman | |
| D435,857 S | 1/2001 | Yang | |
| 6,233,342 B1 | 5/2001 | Fernandez | |
| D457,550 S | * 5/2002 | Wilson | ........................ D16/312 |
| D478,927 S | 8/2003 | Teng | |
| D484,173 S | 12/2003 | Jannard et al. | |
| D485,569 S | 1/2004 | Hsu | |
| D489,394 S | 5/2004 | Teng | |
| D514,613 S | 2/2006 | Jannard et al. | |
| D519,148 S | 4/2006 | Wu | |
| D523,461 S | 6/2006 | Jannard et al. | |
| D524,354 S | 7/2006 | Yang | |
| 7,147,324 B2 | 12/2006 | Jannard et al. | |
| 7,150,526 B2 | 12/2006 | Jannard et al. | |
| D534,573 S | 1/2007 | Mage | |

(Continued)

*Primary Examiner* — Raphael Barkai

(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57)                    **CLAIM**

The ornamental design for an eyeglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass showing an embodiment of the new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side elevational view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines in the Figures show portions of the eyeglass which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



# US D719,209 S

Page 2

**(56)** **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D536,026 S | | 1/2007 | Bruck | |
| D539,833 S | | 4/2007 | Chuang | |
| D542,328 S | * | 5/2007 | Hsu | D16/313 |
| D544,014 S | | 6/2007 | Fuchs | |
| D545,344 S | | 6/2007 | Yang | |
| D545,345 S | | 6/2007 | Moritz et al. | |
| D545,868 S | | 7/2007 | Chuang | |
| D546,866 S | | 7/2007 | Yang | |
| D548,269 S | | 8/2007 | Baden et al. | |
| D548,767 S | | 8/2007 | Jannard et al. | |
| D553,173 S | | 10/2007 | Baden et al. | |
| D553,176 S | | 10/2007 | Yee et al. | |
| D555,705 S | | 11/2007 | Chuang | |
| D556,818 S | | 12/2007 | Jannard et al. | |
| D557,326 S | | 12/2007 | Jannard et al. | |
| D558,816 S | | 1/2008 | Yee | |
| D561,809 S | | 2/2008 | Yee | |
| D561,816 S | | 2/2008 | Jannard et al. | |
| D564,568 S | | 3/2008 | Moritz | |
| D564,572 S | | 3/2008 | Yee et al. | |
| D569,412 S | | 5/2008 | Jannard et al. | |
| D572,745 S | | 7/2008 | Moritz | |
| D572,749 S | | 7/2008 | Yee | |
| D573,172 S | | 7/2008 | Baden et al. | |
| D575,323 S | | 8/2008 | Jannard et al. | |
| D581,444 S | | 11/2008 | Jannard et al. | |
| D582,957 S | | 12/2008 | Moritz | |
| D583,404 S | | 12/2008 | Baden | |
| D584,758 S | * | 1/2009 | Mage | D16/313 |
| D585,475 S | | 1/2009 | Yang | |
| D595,333 S | | 6/2009 | Markovitz et al. | |
| D600,269 S | | 9/2009 | Masui | |
| D601,613 S | | 10/2009 | Yee | |
| D604,756 S | | 11/2009 | Shin et al. | |
| D610,603 S | | 2/2010 | Thixton | |
| D615,580 S | | 5/2010 | Baden et al. | |
| D616,485 S | | 5/2010 | Thixton | |
| D622,303 S | | 8/2010 | Thixton | |
| D629,830 S | | 12/2010 | Markovitz et al. | |
| D636,010 S | | 4/2011 | Moritz | |
| D648,771 S | | 11/2011 | Rohrbach | |
| D649,579 S | | 11/2011 | Thixton | |
| D652,442 S | | 1/2012 | Yee et al. | |
| D653,697 S | | 2/2012 | Taylor et al. | |
| D659,179 S | | 5/2012 | Thixton | |
| D659,180 S | | 5/2012 | Moritz | |
| D680,576 S | * | 4/2013 | Chen | D16/312 |
| 2005/0128431 A1 | | 6/2005 | Jannard et al. | |
| 2013/0271723 A1 | | 10/2013 | Calilung et al. | |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

Case: 1:23-cv-03834 Document #: 1-2 Filed: 06/16/23 Page 21 of 23 PageID #:56



FIG. 4



FIG. 5

Case: 1:23-cv-03834 Document #: 1-2 Filed: 06/16/23 Page 23 of 23 PageID #:58



FIG. 6