# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZOETOP BUSINESS CO., LIMITED, ROADGET BUSINESS PTE. LTD., SHEIN DISTRIBUTION CORPORATION, and SHEIN US SERVICES, LLC, <br><br> Defendants. | Case No. 23-cv-03834 <br><br> **Judge Jeffrey I. Cummings** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Oakley, Inc. ("Plaintiff") and defendants Zoetop Business Co., Limited, Roadget Business Pte. Ltd., Shein Distribution Corporation, and Shein US Services, LLC (collectively, "Defendants") hereby jointly stipulate to the dismissal with prejudice of Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated this 6th day of February 2024.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Oakley, Inc.*


/s/ Barry R. Horowitz
Barry R. Horwitz
Greenberg Traurig, LLP
77 W. Wacker Drive
Suite 3100
Chicago, IL 60601
horwitzb@gtlaw.com

Nina D. Boyajian
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
BoyajianN@gtlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a Notice of Electronic Filing to attorneys of record.

                                                /s/ Justin R. Gaudio
                                                Amy C. Ziegler
                                                Justin R. Gaudio
                                                Allyson M. Martin
                                                Berel Y. Lakovitsky
                                                Greer, Burns & Crain, Ltd.
                                                300 South Wacker Drive, Suite 2500
                                                Chicago, Illinois 60606
                                                312.360.0080
                                                312.360.9315 (facsimile)
                                                aziegler@gbc.law
                                                jgaudio@gbc.law
                                                amartin@gbc.law
                                                blakovitsky@gbc.law

                                                *Counsel for Plaintiff Oakley, Inc.*